**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01031-CV

### DON WRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-12124**

## ORDER

Before the Court is appellant's motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief received by the Court March 5, 2019 filed as of the date of this order.

/s/    KEN MOLBERG
       JUSTICE